**UNITED STATES DISTRICT COURT**

DISTRICT OF COLORADO
UNITED STATES COURTHOUSE
901 19th STREET
DENVER, COLORADO 80294
(303) 844-6118
John_L_Kane@cod.uscourts.gov

**JOHN L. KANE**
SENIOR JUDGE

# **M E M O R A N D U M**

**TO:**     Greg Langham, Clerk
            Attn: Kathy Triplett

**FROM:**   Judge John L. Kane

**DATE:**   June 8, 2010

**RE:**     Criminal Action No. **10-cr-297-JLK**

     Exercising my prerogative as a Senior Judge, I request that this criminal action be reassigned.