UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 10-cr-00297-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JOSE ANTONIO-AGUSTA,
   a/k/a Ricardo Jose Artiaga,

      Defendant.

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#13)** on July 14, 2010, by Defendant. The Court construes this Notice as a motion to change his plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea hearing is set for **October 12, 2010,** at **1:30 p.m.** before the Honorable David M. Ebel, Courtroom C202, Byron Rogers U.S. Courthouse, 1823 Stout Street, Denver, Colorado.[1]

3. The final trial preparation conference set for August 13, 2010, and the August 16,

---

[1] In criminal cases originating from the Grand Junction or Durango Jury Divisions of this Court, counsel shall be prepared to advise the Court at the time of the change of plea hearing whether a written request to have the sentencing hearing conducted at the courthouse in either Grand Junction or Durango will be filed. *See Administrative Order 2007-8.*

2010, trial date are **VACATED**.

Dated this 20th day of July, 2010.

**BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge